ORIGINAL

1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  ALAN P. BLOCK (SBN 143783)
   KEVIN I. SHENKMAN (SBN 223315)
3  601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Facsimile: (213) 694-1234
5
   Attorneys for Plaintiff
6  ACACIA MEDIA TECHNOLOGIES CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
MAR 14 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA MEDIA TECHNOLOGIES CORPORATION, | Case No. SA CV 03-255 AHS(MLGx) ~~CV-03-1007 GHK (CWx)~~ |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR CYBERWEB, INC. AND CE CASH TO RESPOND TO PLAINTIFF'S COMPLAINT |
| CYBERWEB, INC. AND CE CASH | |
| Defendants. | |

SEND

ENTER ON ICMS
STIPULATION AND ORDER
MAR 17 2003
3-17-03

1  WHEREAS Acacia Media Technologies Corporation ("Acacia") has served its
2  Complaint on Cyberweb, Inc. and CE Cash (collectively "Cyberweb");
3  WHEREAS the date on which Cyberweb would be required to respond to
4  Acacia's Complaint is March 10, 2003;
5  WHEREAS Acacia has advised Cyberweb that it has filed approximately forty
6  separate patent infringement actions in this Court, each of which involves the
7  identical two patents;
8  WHEREAS Acacia has advised Cyberweb that it seeks to establish a single,
9  extended response date of April 15, 2003 for all complaints filed in these related
10 actions to promote case management efficiency;
11 WHEREAS Acacia has advised Cyberweb of its intention, immediately
12 following April 15, 2003, to move this Honorable Court to consolidate or coordinate
13 all these related actions into a single proceeding;
14 WHEREAS Cyberweb have requested and need an extension of time to
15 respond to Acacia's Complaint, and Acacia has agreed to an extension to April 15,
16 2003; and
17 WHEREAS Cyberweb's request for an extension is not made for the purpose of
18 delay;
19 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
20 parties through their respective counsel of record, THAT:
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

-1-

STIPULATION AND ORDER

| | |
|---|---|
| 1 | Cyberweb shall have up to and including April 15, 2003 to file and serve their |
| 2 | responses to Acacia's Complaint. |
| 3 | SO STIPULATED. |

DATED: March 6, 2003         HENNIGAN BENNETT & DORMAN LLP

By _____
   Alan P. Block

Attorneys for Plaintiff,
ACACIA MEDIA TECHNOLOGIES
CORPORATION

DATED: March 4, 2003         ROSOFF, SCHIFFRES, & BARTA

By _____
   Howard Rosoff

Attorneys for Defendant
CYBERWEB, INC. AND CE CASH

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that Cyberweb, Inc. and CE Cash shall have up to and including April 15, 2003 to file and serve their responses to Acacia Media Technologies Corporation's Complaint.

IT IS SO ORDERED.

Dated: MAR 1 4 2003

_____
United States District Judge

261718v1

-2-

STIPULATION AND ORDER