1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  ALAN P. BLOCK (SBN 143783)
   KEVIN I. SHENKMAN (SBN 223315)
3  601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Facsimile:  (213) 694-1234
5
   Attorneys for Plaintiff
6  ACACIA MEDIA TECHNOLOGIES CORPORATION

LODGED
APR 2 8 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
                                   DEPUTY

FILED
5-1-03
MAY -1 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ACACIA MEDIA TECHNOLOGIES CORPORATION, | Case No. SACV 03-255-AHS (MLGx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING INITIAL JOINT STATUS CONFERENCE |
| vs. | |
| CYBERWEB, INC., VOICE MEDIA, INC., AND TRADE NEWS | Status Conference: May 12, 2003, at 10:00 a.m. |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

ENTERED ON ICMS
MAY - 2 2003
CV

Case No. SACV 03-255 AHS (MLGx)

[PROPOSED] ORDER SETTING
INITIAL JOINT STATUS CONFERENCE.

1  Having considered Plaintiff Acacia Media Technologies Corporation's Ex Parte
2  Application for an Initial Joint Status Conference, and finding good cause thereon,
3  IT IS HEREBY ORDERED that the Court shall hold an initial joint status
4  conference on May __12__, 2003 at _10:00_ a.m. Counsel for all parties shall   30th
5  appear [personally] [telephonically].
6  IT IS SO ORDERED.
7
8  Dated:  MAY - 1 2003                    _____
9                                          United States District Court Judge
10 Presented by:
11
12 _____
13 Alan P. Block
   HENNIGAN, BENNETT & DORMAN LLP
14 601 South Figueroa Street, Suite 3300
15 Los Angeles, California 90017
   Telephone: (213) 694-1200
16 Facsimile:  (213) 694-1234
17
   Attorneys for Plaintiff
18 ACACIA MEDIA TECHNOLOGIES CORPORATION
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA,         )
                             ) SS.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On April 28, 2003, I served the foregoing document described as **[PROPOSED] ORDER SETTING INITIAL JOINT STATUS CONFERENCE** on the interested parties in this action as follows:

☒ by transmitting via facsimile the documents listed above to the fax number set fourth below on this date. This transmission was reported as complete without error by a transmission report issued by the facsimile machine upon which the said transmission was made immediately following the transmission.

☒ by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for Delivery.

   Howard Rosoff, Esq.
   Rosoff, Schiffres, and Barta
   11755 Wilshire Blvd., Suite 1450
   Los Angeles, CA 90025
   Fax -- (310) 478-1439

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 28, 2003 at Los Angeles, California.

_____
Sylvia A. Berson

Case No. SACV 03-255 AHS (MLGx)

272313\v1

[PROPOSED] ORDER SETTING
INITIAL JOINT STATUS CONFERENCE.