Roderick G. Dorman (SBN 96908)
Alan P. Block (SBN 143783)
Hennigan, Bennett & Dorman LLP
601 S. Figueroa St., Suite 3300
Los Angeles, California 90017
(213) 694-1200

Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ACACIA MEDIA TECHNOLOGIES CORPORATION | CASE NUMBER |
|---|---|
| v.    Plaintiff(s), | SA CV 03-255 AHS (MLGx) |
| CYBERWEB, INC., TRADE NEWS CORPORATION NV, AND VOICE MEDIA, INC.   Defendant(s). | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

FILED 2003 JUN 18 PM 3:43 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[X] **ONLY** Defendant(s) <u>CYBERWEB, INC., TRADE NEWS CORPORATION NV, AND VOICE MEDIA, INC.</u> is/are dismissed from (*check one*) [X] Complaint. [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

June 18, 2003
Date

_____
Signature of Attorney/Party
Alan P. Block

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

ENTER ON ICMS  JUN 19

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

CV-9 (07/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)      CCD-09